FRANK DUKE, Respondent, *v.* THE AMERICAN MUSEUM OF NATURAL HISTORY, Appellant.

Reported below, 163 App. Div. 884.
(Argued November 9, 1914; decided November 17, 1914.)

MOTION to dismiss an appeal, by permission, from a judgment of the Appellate Division of the Supreme

Court in the first judicial department, entered May 6, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.

The motion was made upon the ground that the judgment of affirmance was unanimous; that the exceptions were frivolous and the appeal taken for purpose of delay only.

*Arthur O. Townsend* for motion.

*E. Clyde Sherwood* opposed.

Motion denied, without costs.